UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JASON RICHARD GOOLSBY,    )
    )
    Plaintiff,    )
    )
v.    )    CV422-162
    )
SGT. JUDKINS, *et al.*,    )
    )
    Defendant.    )

## REPORT AND RECOMMENDATION

The Court granted Plaintiff Jason Richard Goolsby leave to proceed *in forma pauperis* ("IFP"), doc. 8 at 1, and directed him to submit his Prisoner Trust Fund Account Statement form and Consent to Collection of Fees from Trust Account form. *Id.* at 4-5. Plaintiff has not submitted either form and his deadline to do so has passed by over two months. *See generally* docket. He was expressly warned that "[f]ailure to comply with this Order within fourteen (14) days of the date this Order is served shall result in the recommendation of dismissal of [his] case, without prejudice." *Id.* at 5-6.

This Court has the authority to prune cases from its dockets where parties have failed to prosecute their cases. *See* Fed. R. Civ. P. 41(b);

*Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992).   Plaintiff's case should thus be **DISMISSED** without prejudice for failing to comply with this Court's Order and failing to prosecute his case.

This report and recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3.  Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties.  The document should be captioned "Objections to Magistrate Judge's Report and Recommendations."  Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge.  The district judge will review the magistrate judge's findings and recommendation pursuant to 28 U.S.C. § 636(b)(1)(C).  The parties are

advised that failure to timely file objections will result in the waiver of rights on appeal.  11th Cir. R. 3-1; *see Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

   **SO REPORTED AND RECOMMENDED**, this 25th day of October, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA